AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| PK MUSIC PERFORMANCE, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    16-cv-01215 |
| JUSTIN TIMBERLAKE, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNIVERSAL MUSIC - Z TUNES LLC                                                                        .

Date:    05/10/2016

*Attorney's signature*

SCOTT P. CERESIA (SC-8439)
*Printed name and bar number*

COWAN, LIEBOWITZ & LATMAN, P.C.
114 WEST 47TH STREET
NEW YORK, NEW YORK  10036

*Address*

SPC@CLL.COM
*E-mail address*

(212) 790-9247
*Telephone number*

(212) 575-0671
*FAX number*