UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PK MUSIC PERFORMANCE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> JUSTIN TIMBERLAKE, WILL ADAMS p/k/a "WILL.I.AM" and d/b/a "WILL.I.AM MUSIC PUBLISHING", ZOMBA RECORDING LLC ARISTRA US HOLDINGS, INC., SONY MUSIC ENTERTAINMENT, TENNMAN TUNES, LLC, UNIVERSAL MUSIC – Z TUNES LLC, I.AM.COMFOSING, LLC, BMG RIGHTS MANAGEMENT (US) LLC d/b/a "BMG SAPPHIRE SONGS", WILL I AM MUSIC, INC., TENNMAN PRODUCTIONS LLC, <br><br> Defendants. | Civil Action No.: 16 Civ. 1215 (VSB) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of the Court and All Parties of Record:

    Please enter my appearance for Defendants Will Adams p/k/a will.i.am d/b/a will.i.am Music Publishing, i.am.composing, llc, will.i.am music, inc. and BMG Rights Management (US) LLC d/b/a BMG Sapphire Songs, in the above-captioned matter.

    I hereby certify that I am a member in good standing of the bar of this Court.

//

//

//

//

//

//

//

Dated: New York, New York  Respectfully submitted,
June 15, 2016

                                          MANATT, PHELPS & PHILLIPS, LLP

                                          By:   /s/  Prana A. Topper
                                                Prana A. Topper
                                                7 Times Square
                                                New York, NY 10036
                                                Telephone:  (212) 790-4500
                                                Facsimile: (212) 790-4545
                                                E-Mail: ptopper@manatt.com

*Attorneys for Will Adams p/k/a will.i.am d/b/a will.i.am Music Publishing, i.am.composing, llc, will.i.am music, inc. and BMG Rights Management (US) LLC d/b/a BMG Sapphire Songs*