UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PK MUSIC PERFORMANCE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> JUSTIN TIMBERLAKE, WILL ADAMS p/k/a "WILL.I.AM" and d/b/a "WILL.I.AM MUSIC PUBLISHING", ZOMBA RECORDING LLC ARISTA US HOLDINGS, INC., SONY MUSIC ENTERTAINMENT, TENNMAN TUNES, LLC, UNIVERSAL MUSIC – Z TUNES LLC, I.AM.COMPOSING, LLC, BMG RIGHTS MANAGEMENT (US) LLC d/b/a "BMG SAPPHIRE SONGS", WILL I AM MUSIC, INC., TENNMAN PRODUCTIONS LLC, <br><br> Defendants. | Civil Action No.:  16 Civ. 1215 (VSB) <br><br> ECF Case |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the Complaint on file herein, the Memorandum of Law in Support of Motion to Dismiss, dated July 18, 2016, submitted by Defendants William Adams, i.am.composing, llc, will.i.am music, inc. and BMG Rights Management (US) LLC, on behalf of themselves and the other named defendants (all of the foregoing, collectively, "Defendants"), and all prior proceedings and filings herein, Defendants, by and through their attorneys, will move this Court, before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff PK Music Performance, Inc.'s copyright infringement claim for all time periods prior to February 17, 2013; and for any other and further relief the Court deems

equitable and just.

Dated: New York, New York
July 18, 2016

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By:   /s/  Robert A. Jacobs
Robert A. Jacobs
Prana A. Topper
7 Times Square
New York, NY 10036
Telephone:  (212) 790-4500
Facsimile: (212) 790-4545
E-Mail:  rjacobs@manatt.com
E-Mail:  ptopper@manatt.com

*Attorneys for William Adams p/k/a will.i.am d/b/a will.i.am Music Publishing, i.am.composing, llc, will.i.am music, inc. and BMG Rights Management (US) LLC d/b/a BMG Sapphire Songs*

DAVIS WRIGHT TREMAINE LLP

Marcia B. Paul
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 603-6427
Facsimile:  (212) 489-8340
E-mail:  marciapaul@dwt.com

*Attorneys for Tennman Productions, LLC, Tennman Tunes, LLC, Justin Timberlake, Sony Music Entertainment and Zomba Recording LLC*

COWAN, LIEBOWITZ & LATMAN P.C.

Richard S. Mandel
Scott P. Ceresia
114 West 47th Street
New York, NY 10036
Telephone:  (212) 790-9200
Facsimile:  (212) 575-0671
E-mail:  rsm@cll.com
E-mail:  spc@cll.com

*Attorneys for Universal Music-Z Tunes LLC*

To:   Brian S. Levenson, Esq.
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1006
New York, NY 10001-5304
Telephone:  (212) 714-1200
Facsimile:  (212) 714-1264
E-mail:  blevenson@splaw.com