UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PK MUSIC PERFORMANCE, INC.,

                    Plaintiff,

    -against-

JUSTIN TIMBERLAKE, WILL ADAMS p/k/a
"WILL.I.AM" and d/b/a "WILL.I.AM MUSIC
PUBLISHING", ZOMBA RECORDING LLC
ARISTA US HOLDINGS, INC.,
SONY MUSIC ENTERTAINMENT,
TENNMAN TUNES, LLC,
UNIVERSAL MUSIC – Z TUNES LLC,
I.AM.COMPOSING, LLC,
BMG RIGHTS MANAGEMENT (US) LLC d/b/a
"BMG SAPPHIRE SONGS", WILL I AM MUSIC, INC.,
TENNMAN PRODUCTIONS, LLC,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No. 16 CV 1215 (VSB)

**CONSENT ORDER
EXTENDING DEFENDANTS'
TIME TO ANSWER**

The parties in the above case having agreed, Defendants' time to file an answer to the Complaint is hereby extended until December 6, 2018.

SO ORDERED this __23rd__ day of __October__, 2018.

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

Consented to:

        SCHWARTZ, PONTERIO & LEVENSON, PLLC
        *Attorneys for Plaintiff*

By:  *Matthew Schwartz*
        —————————————
        Matthew F. Schwartz
        Brian S. Levenson
        134 West 29th Street – Suite 1006
        New York, New York 10001-5304
        Telephone: (212) 714-1200

        DAVIS WRIGHT TREMAINE LLP
        *Attorneys for Tennman Productions, LLC, Tennman Tunes, LLC, Justin Timberlake, Sony Music Entertainment and Zomba Recording LLC*

By:  *Marcia Paul by B. Levenson*
        —————————————
        Marcia Paul
        1251 Avenue of the Americas - 21st Floor
        New York, New York 10020
        Telephone: (212) 603-6427

        MANATT, PHELPS AND PHILLIPS, LLP
        *Attorneys for William Adams p/k/a will.i.am d/b/a will.i.am Music Publishing, i.am.composing, llc, will.i.am music, inc. and BMG Rights Management (US) LLC d/b/a BMG Sapphire Songs*

By:  *Robert Jacobs by B. Levenson*
        —————————————
        Robert A. Jacobs
        7 Times Square
        New York, NY 10036
        Telephone: (212) 790-4500

        COWAN, LIEBOWITZ & LATMAN, P.C.
        *Attorneys for Universal Music-Z Tunes LLC*

By:  *Richard Mandel by B. Levenson*
        —————————————
        Richard S. Mandel
        114 West 47th Street
        New York, New York 10036-1525
        Telephone: (212) 790-9247