

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Marcia Paul**
212-489-8230 tel
212-489-8340 fax

marciapaul@dwt.com

October 26, 2018

**VIA CM/ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *PK Music Performance, Inc. v. Timberlake et al.*, No. 1:16-cv-01215-VSB
            Consent Letter Seeking Extension of Fed. R. Civ. P. 14 & 15 Deadlines

Dear Judge Broderick:

    This firm is counsel to Defendants Tennman Productions, LLC, Tennman Tunes, LLC, Justin Timberlake, Sony Music Entertainment, and Zomba Recording LLC and we write on behalf of all Defendants in the above referenced-matter.

    Pursuant to the Court's September 30, 2018 Opinion and Order (Doc. No. 113), Defendants' were ordered to file their Answers to Plaintiff's Complaint by October 22, 2018. On the morning of October 22, the parties submitted a Proposed Consent Order that would have extended Defendants' time to answer until December 6, 2018 (Doc. No. 114), which the Court so Ordered on October 23, 2018 (Doc. No. 119). However, as the Court had not yet So Ordered the proposed consent order by the close of business, Defendants, out of an abundance of caution, filed their Answers to preserve their defenses and avoid a default.

    Now that the Court has so ordered the proposed consent order, Defendants request, with consent of the Plaintiff, that the Court extend the time for Defendants to implead third parties and to amend their answers under Federal Rules of Civil Procedure 14 and 15 to coincide with the So Ordered answer deadline of December 6, 2018. The proposed extension will have no effect on any other deadlines in this case.

4816-1696-7545v.1 0106387-000001

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Hon. Vernon S. Broderick
October 26, 2018
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

Marcia Paul

cc:   Counsel of Record (via CM/ECF)