

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Marcia B. Paul**
212.603.6427 tel
212.489.8430 fax

marciapaul@dwt.com

April 25, 2019

Electronically filed on ECF

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Rm. 415
New York, New York 10017

Re:   *P.K. Music Performance, Inc. v. Timberlake et al.*, 16 Civ. 01215-VSB

Dear Judge Broderick:

We write on behalf of Plaintiff and all Defendants in the above-referenced action to request a one week extension – from April 26, 2019 to and including May 3, 2019 – of the deadline by which Plaintiff may reopen this action, pursuant to the Court's Order of Dismissal dated March 25, 2019, so that the parties may complete the process of execution of the agreements fully resolving this action.

The parties have worked diligently to finalize the settlement of this action and have reached full agreement on all terms thereof and the language of the settlement documentation. However, given the multiple parties involved in the action (including the third-party defendant), the parties require a brief additional extension to collect authorized signatures and conclude the formalities. We are confident that this will be the last request for a further extension of the deadline for reopening this action.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Marcia B. Paul*

Marcia B. Paul

cc: To all counsel of record (via ECF and email)

4829-3907-2405v.1 0106387-000001

Anchorage    New York       Seattle
Bellevue     Portland       Shanghai
Los Angeles  San Francisco  Washington, D.C.

www.dwt.com